UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES OWENS,

        Plaintiff,

      v.

FONNER PARK EXPOSITION AND
EVENTS CENTER, INC.,

        Defendant.

Case No.  20-cv-03100-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 11

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated:  May 22, 2020

_____

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California